TM:EAG
F.#2008R01043

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

LLESH BIBA,

           Defendant.

- - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. _____
(T. 18, U.S.C., §§
924(c)(1)(A)(i),
924(c)(1)(A)(ii),
924(c)(1)(C)(i), 1951(a), 2
and 3551 et seq.)

THE GRAND JURY CHARGES:

### COUNT ONE
(Robbery Conspiracy)

1. On or about and between January 1, 2005 and August 17, 2006, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant LLESH BIBA, together with others, did knowingly and intentionally conspire to obstruct, delay and affect commerce, and the movement of articles and commodities in commerce, by robbery of money belonging to a labor union from an individual at a residence in Staten Island, New York.

(Title 18, United States Code, Sections 1951(a) and 3551 et seq.)

### COUNT TWO
(Attempted Robbery)

2. On or about and between January 1, 2005 and August 17, 2006, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant LLESH

2

BIBA, together with others, did knowingly and intentionally attempt to obstruct, delay and affect commerce, and the movement of articles and commodities in commerce, by robbery of money belonging to a labor union from an individual at a residence in Staten Island, New York.

(Title 18, United States Code, Sections 1951(a), 2 and 3551 et seq.)

## COUNT THREE
(Use of a Firearm During Crimes of Violence)

3. On or about August 17, 2006, within the Eastern District of New York and elsewhere, the defendant LLESH BIBA, together with others, did knowingly and intentionally use and carry a firearm during and in relation to one or more crimes of violence, to wit: the crimes charged in Counts One and Two, and did knowingly and intentionally possess such firearm in furtherance of said crimes of violence.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 2 and 3551 et seq.)

## COUNT FOUR
(Robbery Conspiracy)

4. On or about August 29, 2006, within the Eastern District of New York and elsewhere, the defendant LLESH BIBA, together with others, did knowingly and intentionally conspire to obstruct, delay and affect commerce, and the movement of articles and commodities in commerce, by robbery of narcotics and

narcotics proceeds from an individual at a residence in Ansonia, Connecticut.

(Title 18, United States Code, Sections 1951(a) and 3551 et seq.)

## COUNT FIVE
(Attempted Robbery)

5. On or about August 29, 2006, within the Eastern District of New York and elsewhere, the defendant LLESH BIBA, together with others, did knowingly and intentionally attempt to obstruct, delay and affect commerce, and the movement of articles and commodities in commerce, by robbery of narcotics and narcotics proceeds from an individual at a residence in Ansonia, Connecticut.

(Title 18, United States Code, Sections 1951(a), 2 and 3551 et seq.)

## COUNT SIX
(Use of a Firearm During Crimes of Violence)

6. On or about August 29, 2006, within the Eastern District of New York and elsewhere, the defendant LLESH BIBA, together with others, did knowingly and intentionally use and carry a firearm during and in relation to one or more crimes of violence, to wit: the crimes charged in Counts Four and Five, and

did knowingly and intentionally possess such firearm in furtherance of said crimes of violence.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(C)(i), 2 and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. #2008R01043
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

LLESH BIBA,

Defendant.

# INDICTMENT

(T. 18, U.S.C., §§ 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(C)(i), 1951(a), 2 and 3551 et seq.)

_____
*A true bill.*

_____
*Foreman*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
*Clerk*

*Bail, $* _____

_____

*Elizabeth Geddes, Assistant U.S. Attorney (718-254-6430)*