EAG/JDG
F. #2008R01043

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 07 2010 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

LLESH BIBA,

        Defendant.

- - - - - - - - - - - - - - - -X

<u>UNSEALING ORDER</u>

09-CR-836 (SLT)

     Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney James Gatta, for an order unsealing the indictment returned December 10, 2009 in the above-captioned matter, and the arrest warrant issued on December 10, 2009 in the above-captioned matter, it is hereby

     ORDERED that the indictment returned and the arrest warrant issued on December 10, 2009 the above-captioned matter be unsealed.

Dated:   Brooklyn, New York
         May 6, 2010

                                    s/Ramon E. Reyes

                              UNITED STATES MAGISTRATE JUDGE
                              EASTERN DISTRICT OF NEW YORK