# EXHIBIT B

## AGREEMENT

Llesh Biba ("Biba") and his attorney Joyce London agree with the United States Attorney's Office for the Eastern District of New York (the "Office") and the Drug Enforcement Administration ("DEA"), as follows (the "Agreement"):

1. This is not a cooperation agreement. The Office does not agree by this Agreement to confer immunity, make a motion on Client's behalf, or enter into a cooperation agreement, plea agreement or non-prosecution agreement with Biba, and the Office makes no representation about the likelihood that any such agreement will be reached as a result of this Agreement.

2. Biba shall cooperate fully with the Office and the DEA, including but not limited to:

    a. The defendant agrees to be fully debriefed and to attend all meetings at which his presence is requested, concerning his participation in, and knowledge of, all criminal activities. The defendant waives the presence of his counsel at such debriefings and meetings;

    b. The defendant agrees to furnish to the DEA and the Office all documents and other material that may be relevant to the investigation and that are in the defendant's possession or control;

    c. The defendant agrees to participate in undercover activities pursuant to the specific instructions of the DEA or this Office; and

    d. The defendant agrees not to reveal his cooperation, or any information derived therefrom, to any third party without prior consent of the Office.

3. For the sole purpose of facilitating the undercover activities described in paragraph 2(c), the charges currently pending against Biba in docket number M-08-442 (the "Pending Charges") shall be dismissed without prejudice. At such time that the Office in its absolute discretion determines that Biba's undercover activities are complete, or at any other time that the Office in its absolute discretion deems appropriate, the Office will re-initiate the Pending Charges and/or other charges.

4. Notwithstanding paragraphs 2 and 3, the Office has absolute discretion at any time to re-initiate the Pending Charges and to take Biba into custody. In that event, if the government requests, Biba shall consent to his detention and shall not seek bail.

5. Biba stipulates that, on or about August 17, 2006, Biba conspired with others to rob one or more individuals at a residence in Staten Island, whom he and others

believed had money that belonged to a labor union, and that in connection with that conspiracy, Biba knew that one of his coconspirators was carrying a firearm to assist him in the robbery conspiracy. Biba further stipulates that on or about August 29, 2006, Biba, together with others, attempted to rob a drug trafficker at a residence in Ansonia, Connecticut, and that in connection with this robbery attempt, Biba and a coconspirator used and carried firearms. Biba further stipulates that the August 17, 2006 robbery conspiracy took place in the Eastern District of New York, and that the August 29, 2006 robbery attempt included activity in the Eastern District of New York. Biba further stipulates that these activities were in violation of 18 U.S.C. § 1951(a) and 18 U.S.C. § 924(c). This stipulation shall be admissible against Biba in all circumstances.

6. Biba agrees that prosecutions that are not time-barred by the applicable statutes of limitation as of the date this agreement is signed, including but not limited to the Pending Charges, may be commenced against the defendant in accordance with this paragraph, notwithstanding the expiration of the statutes of limitation between the signing of this agreement and the commencement of any such prosecutions.

7. The defendant agrees that with respect to any charges stemming from the conduct set forth in paragraph 5, including but not limited to the Pending Charges and their dismissal without prejudice, he is not a "prevailing party" within the meaning of the "Hyde Amendment," Section 617, P.L. 105-119 (Nov. 26, 1997), and will not file any claim under that law.

8. Biba signs this agreement knowingly and voluntarily, after full consultation with his counsel.

Date: September 2, 2008
Brooklyn, New York

_____
Llesh Biba
Defendant

_____
Joyce London, Esq.
Counsel for Defendant

_____
Elizabeth Geddes
Assistant U.S. Attorney

_____
John Buretta
Supervisory U.S. Attorney