

GEO Corrections & Detention
Queens Private Detention Facility
182-22 150th Avenue
Jamaica, New York 11413

MAIN TEL: 718 553 5420
FAX: 718 553 5426
www.geogroup.com

May 26, 2017

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUN 0 6 2017 ★

BROOKLYN OFFICE

Hon. Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Received
In Chambers of:
Chief U.S. District Judge
DORA L. IRIZARRY

JUN - 6 2017

Dear Judge Irizarry,

I am writing this letter to you to inform you of the conduct of detainee Llesh Biba #64602-053, since the date of his incarceration at this facility on 5/3/2016.
During his time here Mr. Biba has not had any negative interactions with staff or his fellow detainees. He has cultivated positive interactions with all that he has come in contact with.

During his time here Mr. Biba worked in the kitchen. He has performed his duties in an excellent manner. He has been a willing and hard working volunteer for any duties that were necessary.

If you have any questions as to Mr. Biba's conduct at this facility please contact me. Thank you.

William Zerillo
Warden

Cc  Joyce London