**JOYCE C. LONDON**, **P.C**.
Attorney at Law
**59 Maiden Lane**
**Sixth Floor**
**New York, New York 10038**

Tel: 212: 964-3700                                                                                                  Fax: 212: 566-7501
Email: jlondonlaw@aol.com

                                                                                    July 14, 2017

**By ECF**
Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                                                    Re:     United States v. Llesh Biba,
                                                                    09 Cr 836 (DLI)

Dear Judge Irizarry:

      This letter is to request a one-week adjournment of both the time by which a defense sentencing submission is to be filed on behalf of Mr. Biba and the sentencing of defendant Llesh Biba. His sentencing memorandum is due to be filed today and he is presently scheduled to be sentenced on July 21, 2017.

      The reason for requesting this one-week extension of time is that four days ago, and subsequent to the filing of the Government's sentencing letter last Thursday, I received a CD containing recordings of Mr. Biba. Some of these recordings have relevance to sentencing issues I am raising. Because of prior scheduled obligations, I have not yet been able to visit with Mr. Biba in custody to review these recordings with him.

      I have discussed this application with Assistant United States Attorney Elizabeth Geddes and she has no objection.

      Accordingly, it is respectfully requested that Mr. Biba be given a one-week extension of time for both the filing of a sentencing submission and his sentencing date until July 28 and August 4 respectively or to a date and time convenient to the Court.

                                                                    Very truly yours,

                                                                    /s/

                                                                    Joyce C. London

cc.:    AUSA Elizabeth Geddes (By ECF)